IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-347-RJC-DCK

| | |
|---|---|
| **MARKAYLE GRAY,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CHARLOTTE SECONDARY SCHOOL INC.,** and **BOARD OF DIRECTORS OF CHARLOTTE SECONDARY SCHOOL INC.,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Sunny Panyanouvong-Rubeck, concerning Artur Davis, on June 14, 2023. Artur Davis seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Artur Davis is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 14, 2023

David C. Keesler
United States Magistrate Judge