IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-347-RJC-DCK

| | |
|---|---|
| MARKAYLE GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE SECONDARY SCHOOL INC., ) | |
| and BOARD OF DIRECTORS OF ) | |
| CHARLOTTE SECONDARY SCHOOL INC., ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Sunny Panyanouvong-Rubeck, concerning Kendra N. Livingston, on June 15, 2023. Kendra N. Livingston seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Kendra N. Livingston is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 15, 2023

David C. Keesler
United States Magistrate Judge